FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF MARYLAND **2021 JUL 21  PM 3: 30**

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| BRUCE T ADKINS ) | |
| 1711 H Street NE Apt 1 ) | |
| Washington DC 20002 ) | |
| ) | |
| ) | |
| PLAINTIFF ) | |
| VS ) | Civil Action No. |
| ) | *21 C V 1810 -CCB* |
| MAYOR & CITY COUNCIL OF BALTIMORE ) | PLAINTIFF REQUEST JURY TRIAL |
| A  MUNICIPAL CORPORATION OF THE STATE ) | |
| OF MARYLAND ) | |
| 100 N.HOLLIDAY ST. ) | |
| BALTIMORE, MARYLAND   21202 ) | |
| ) | |
| ) | |
| ) | |

DEFENDANT

### COMPLAINT FOR A CIVIL CASE ALLEGING
### NEGLIGENCE AND NO JUST COMPENSATION FOR REAL PROPERTY

#### JURISDICTION

(This is a federal question case Under 28 U.S.C. # 1331 of the United States Constitution or
federal laws or Treaties)

COMES NOW the Plaintiff ,Bruce T.Adkins, by Counsel Pro Se, respectfully moves for
judgment against Defendant , Mayor and the City Council of Baltimore on the grounds and in
the amount as hereafter set forth:

1. Plaintiff is a resident of Washngton in the District of Columbia.

2. Defandant , Mayor and City Council of Baltimore is a Municipal Corporation of the state of
Maryland.

3. Plaintiff has complied with The Maryland Local Tort Claim Act #5-303-Liability of

government; defenses. (b)(1)&(2). in that plaintiff notified the defendants of this claim on July 26, 2019.

FIRST CAUSE OF ACTION NEGLIGENCE OF DEFENDANT

4. The Plaintiff incorporates herein by reference hereto the allegations of paragraphs 1 through 3 above as if more fully set forth herein at length.

5. On and about in the month of August 2018, the Defendant acting by and through its agent, The Department of Housing and Community Development, Demolitioned, Demolished, Knocked Down and destroyed Plaintiff residential home at 524 North Calhoun Street, Baltimore , Maryland 21223.

5. Defendant had a duty acting by and through its agent , The Department of Housing & Community Development to notify plaintiff of a housing code violation and or a citation for his residential property located at 524 N Calhoun Street .

6. The Defendant acting by and through its agent, The Department of Housing & Community Development, breach that duty, by not duly serving plaintiff a notice of a housing code violation or citation, for plaintiff residential property at 524 N Calhoun Street.

7. The Defendant, failure to notify plaintiff of the housing code violation or citation, by and through its agent ,Department of housing and Community Development was a direct cause of the total destruction and demolition of plaintiff residential property at 524 N Calhoun Street.

8. Because of Defendant, failure to notify plaintiff of the housing violation ,by and thruogh its agent the Department of housing and community, the defendant should have known or forseen that plaintiff real property at 524 N calhoun Street would have been demolished and destroyed.

9. The Defendant, failure to notify plaintiff of a housing code violationt or citation ,by and through its agent the department of housing and Community Development was in violation of the Maryland housing building code # Sec.13.112- same ;section 107 Notices and Orders, also (a)Section 107.1 is amemded to read as follows 107.1 Notice to owner or....,also see.13-114-Same Section 109, Unsafe Conditions-Emergency measures.(c)3 Notify the owner(f)5... also, Sec 13-115-Same;Section110,Condemnation and Demolition(e)1,2.

SECOND CAUSE OF ACTION- NO JUST COMPENSATION.

The Plaintiff re-allege and incorporate by reference herein all the allegations contained in paragraphs 1 through 9 above.

10. The Defendants refusal to pay no compensation for the demolition and destruction of

2

plaintiff real property is a violation of the fifth and fourteenth amendments to the constitution. It also violates Article III,Section 40 of the Maryland Constitution.

WHEREFORE, the Plaintiff demands judgement against the Defendant in the amount of SIX HUNDRED TWENTY SEVEN THOUSAND AND FIVE HUNDRED DOLLARS ($627,500.00) for the mental anguish and replacement cost of the house.


Under Federal Rule of Civil Procedure I I, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation ; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule I I.


I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I undrestand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _7- 21 -2021_

Signature of Plaintiff _Bruce T. Adkins_

Printed Name of Plaintiff _BRUCE T. ADKINS_